AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/ ERICA K. ZUNKEL
_____
Signature

_____
Date

Print Name                                          Bar Number

Address

City                        State                  Zip Code

Phone Number                                      Fax Number