1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Martha Lilia Torres

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,           ) Case No. 08MJ8356
                                         )
12 |            Plaintiff,                )
                                         )
13 | v.                                   ) **CERTIFICATE OF SERVICE**
                                         )
14 | MARTHA LILIA TORRES,                 )
                                         )
15 |            Defendant.                )
   |_____)

16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov
20

21                                    Respectfully submitted,

22

23 DATED:      May 6, 2008              /s/ Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Martha Lilia Torres
25

26

27

28